UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCHELLE E. GOINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:20-cv-01621-TWP-MPB |
| | ) |
| HONG HUANG, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court has been advised that a settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.

Thereafter, the following **ORDERS** are entered:

1. Parties shall file a Proposed Settlement Motion on or before **October 8, 2020**.

2. Parties shall also file a joint Motion for Conditional Certification on or before **October 8, 2020**, which shall include a Proposed Notice to send to members of the proposed class for the Court's approval.

3. A final hearing will be set by a separate order.

**SO ORDERED.**

Dated: September 9, 2020

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel of record.**