UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCHELLE E. GOINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-01621-TWP-MPB |
| | ) |
| HONG HUANG, et al. | ) |
| | ) |
| Defendants. | ) |

### AMENDED ORDER DIRECTING
### FILING OF A PLEADING AUTHORIZING DISMISSAL

The Court has been advised by counsel that a settlement has been reached in this action subject to Court approval. All that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with their agreement. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.

**IT IS ORDERED** that within thirty (30) days of this date, parties shall file a motion for approval of the settlement. Additional time to file the motion may be granted if requested in writing before expiration of this period.

ALL OF WHICH IS ORDERED THIS 9th DAY OF SEPTEMBER, 2020.

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**