UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROCHELLE E. GOINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>HONG HUANG, BAPU TEAFRESH LLC, THRIVINGTEEHEE, LLC and A&A FOOD LLC,<br><br>Defendants | CASE NO. 1:20-cv-1621-TWP-MPB |

**ORDER APPROVING SETTLEMENT
AND DISMISSAL WITH PREJUDICE**

The Court, having reviewed the parties' Joint Motion For Review And Approval Of Settlement Agreement, and being duly advised, finds that the settlement reached by the parties in this matter is fair and reasonable. The Court therefore **APPROVES** the parties' Settlement Agreement and Release. Further ordered this case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorney's fees and costs, except as set forth in the Settlement Agreement and Release.

**SO ORDERED**

Date: 9/17/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Notice to all counsel of record via CMECF

US.129331969.01